UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE, | No. 2:19-cv-02318 GGH P |
| Petitioner, | |
| v. | ORDER |
| KELLY SANTORO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and Local Rule 302(c).

Petitioner has filed a "request to transfer amended habeas corpus petition exparte." ECF No. 3. Petitioner states when he filed his amended petition, he failed to include the case number to his case and a new action was mistakenly opened. Petitioner confirms the "instant petition is the same as the initial petition, with elaboration on claim/ground four, but in all other respects the same." ECF No. 3 at 1. Accordingly, petitioner requests the undersigned to transfer his amended petition to Case No. 2:19-cv-00894-AC. Review of the court's records confirms that the pending petition is challenging the same 2013 conviction in the Sacramento County Superior Court for

////

////

1

torture, spousal abuse with great bodily injury, assault with great bodily injury, criminal threats and enhancements as the habeas petition filed in Spence v. Santoro, 2:19-cv-00894-AC. Moreover, the claims and relief sought are nearly identical.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to refile petitioner's amended petition for writ of habeas corpus (ECF No. 1) in 2:19-cv-00894-AC; and

2. This case having been opened in error, the Clerk of the Court is directed to close this case.

Dated: December 9, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE